5 So.2d 110

## JOHNSON v. STATE.

### 1 Div. 140.

Supreme Court of Alabama.

Dec. 18, 1941.

No attorney marked for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

BOULDIN, Justice.

This appeal is upon the record proper, without a bill of exceptions. No error ap-

pearing in the record, the judgment of conviction of the offense of murder in the first degree, and sentence to imprisonment for life upon the verdict of the jury, are in all things affirmed.

Affirmed.

GARDNER, C. J., and FOSTER and LIVINGSTON, JJ., concur.